**FILED**
January 10, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>v. )<br>)<br>SIPPY LAL, )<br>       Defendant. )<br>) | Case No. 2:12-mj-00003-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SIPPY LAL, Case No. 2:12-mj-00003-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

    _X_   Unsecured Appearance Bond (Interim)

    _X_   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) Secured bond paperwork to be filed by 01/19/2012.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/11/2012 at 2:40 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge