FILED
JAN 1 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   SIPPY LAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:12-mj-00003 EFB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] *D&O* |
| | ) | ORDER TO EXTEND TIME TO POST |
| SIPPY LAL, | ) | SECURED BOND |
| | ) | |
| Defendant. | ) | JUDGE: Hon. Edmund F. Brennan |
| | ) | |

On January 11, 2012, the Honorable Edmund F. Brennan ordered Mr. SIPPY be released on a $100,000 property bond to be secured by the defendant's sister's real property. A notice of agreement to forfeit property was posted with the court on January 11, 2012. All of the paperwork is still in the process of being completed and signed by the property owner and additional time is needed to have the Deed notarized and recorded with the county recorders office.

For the reasons stated above, additional time is needed to received and finalize the Deed of Trust. Accordingly, the parties agree that the deadline for posting the secured bond may be extended one

additional week, to January 27, 2012. This office has contacted Assistant United States Attorney Philip Ferrari and he has no objection to this request.

DATED: January 18, 2012       Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Douglas Beevers
                              Assistant Federal Defender
                              Attorney for Defendant
                              SIPPY LAL

DATED: January 18, 2012       BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Douglas Beevers for
                              PHILIP FERRARI
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: January 18, 2012.      _____
                              DALE A. DROZD
                              United States Magistrate Judge