FILED

JAN 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   SIPPY LAL
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,     )
                                 )   2:12-mj-00003 EFB
13              Plaintiff,       )
                                 )
14       v.                      )   STIPULATION AND [~~PROPOSED~~] *DnD*
                                 )   ORDER TO EXTEND TIME TO POST
15 SIPPY LAL,                    )   SECURED BOND
                                 )
16              Defendant.       )
                                 )   JUDGE: Hon. Edmund F. Brennan
17 _____)

18

19      On January 11, 2012, the Honorable Edmund F. Brennan ordered Mr.

20 SIPPY be released on a $100,000 property bond to be secured by the

21 defendant's sister's real property. A notice of agreement to forfeit

22 property was posted with the court on January 11, 2012.  All of the

23 paperwork is still in the process of being completed and signed by the

24 property owner and additional time is needed to have the Deed notarized

25 and recorded with the county recorders office.

26      For the reasons stated above, additional time is needed to received

27 and finalize the Deed of Trust.  Accordingly, the parties agree that

28 the deadline for posting the secured bond may be extended one

additional week, to January 27, 2012.  This office has contacted Assistant United States Attorney Philip Ferrari and he has no objection to this request.

DATED: January 18, 2012    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Douglas Beevers
Assistant Federal Defender
Attorney for Defendant
SIPPY LAL

DATED: January 18, 2012    BENJAMIN B. WAGNER
United States Attorney

/s/ Douglas Beevers for
PHILIP FERRARI
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED:  January 18, 2012.    _____
DALE A. DROZD
United States Magistrate Judge

2